## NOT DESIGNATED FOR PUBLICATION

**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT**

**10-362 consolidated with 10-361**

**STATE OF LOUISIANA**

**VERSUS**

**CLYDE A. BOWENS**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TWENTY-EIGHTH JUDICIAL DISTRICT COURT,
PARISH OF LASALLE, NO. 84,995 c/w 84,996
HONORABLE J. CHRISTOPHER PETERS, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**J. DAVID PAINTER
JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Oswald A. Decuir, J. David Painter, and Shannon J. Gremillion, Judges.

**AFFIRMED.**

**Steven P. Kendrick, Assistant District Attorney**
**Twenty-Eighth Judicial District**
**P.O. Box 1940**
**Jena, LA 71342**
**Counsel for Appellee:**
        **State of Louisiana**

**Glenn G. Cortello, Attorney at Law**
**201 Johnston Street, Suite 400**
**Alexandria, LA 71301**
**Counsel for Defendant-Appellant:**
        **Clyde A. Bowens**

**PAINTER, Judge.**

For the reasons assigned in the companion case of *State of Louisiana v. Clyde A. Bowens*, 10-361 (La.App. 3 Cir. ___/___/10), ___ So.3d___, in which a separate decision has been rendered, Defendant's convictions and sentences are affirmed.

**AFFIRMED.**

This opinion is NOT DESIGNATED FOR PUBLICATION. Uniform Rules—Courts of Appeal, Rule 2-16.3.